UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Aircraft Mechanics Fraternal Association, ("AMFA"), et al.,<br><br>Plaintiffs, Counterdefendants and Third-Party Defendants,<br><br>vs.<br><br>Northwest Airlines, Inc.,<br><br>Defendants, Counterplaintiff and Third-Party Plaintiff. | File No. 00-cv-2446 (DSD/SRN) |

**ORDER**

11-21-00

Upon consideration of Northwest Airline, Inc.'s, motion for temporary restraining order, verified counterclaim and third party complaint and upon stipulation of counsel and the findings of the Court: It is hereby ORDERED:

1. A Temporary Restraining Order is GRANTED;

2. Northwest Airlines, Incorporated, shall comply with its status quo obligations under the Railway Labor Act.

3. AMFA, its locals, their officers, agents, members and employees, third-party defendants and all persons acting in concert or in participation with them are hereby restrained and enjoined by in any manner or any means from calling, permitting, instigating, authorizing, encouraging, participating in, approving or continuing any form of interference with Northwest Airline's operations, including but not limited to, any strike, work stoppage, sick out, slow down, work-to-rule campaign, concerted refusal to work overtime or other concerted refusal to perform normal mechanical operations in violation of the Railway Labor Act, 45 U.S.C. Sec. 151, et sec.

4. AMFA, its locals and the mechanics are ordered immediately to issue such notice and take such steps as shall be necessary and appropriate to carry into effect the substance and intent of paragraph three hereof, including but not limited to, the requirement that defendants immediately, (1) publicly withdraw and rescind any orders, directions, requests or suggestions to employees of

Northwest to do any acts specified in paragraph three hereof; (2) affirmatively direct and advise Northwest employees, represented by AMFA, by written notice to refrain from doing any such acts and to post such notice on bulletin boards, Web sites and at such other places as are appropriate to advise said persons; (3) initiate union disciplinary proceedings against any AMFA member employed by Northwest who violates the aforesaid directive; (4) post forthwith on all AMFA bulletin boards maintained on Northwest property and premises and throughout Northwest facilities and anyplace on telephonic information lines this Temporary Restraining Order.

5. Preliminary injunction hearing shall be held at 1:30 p.m. on November 29th, 2000.

Date: November 20, 2000

David S. Doty
United States District Judge