UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2446(DSD/SRN)

Aircraft Mechanics Fraternal Association ("AMFA"), et al.,

Plaintiffs, Counterdefendants and Third-Party Defendants,

v.

**ORDER**

Northwest Airlines, Inc.,

Defendants, Counterplaintiffs and Third-Party Plaintiffs.

Nicholas P. Granath, Esq., 4204 Ewing Avenue South, Minneapolis, MN 55410 and Lee Seham, Esq. and Seham, Seham, Meltz & Petersen, 11 Martine Avenue, Suite 1450, White Plains, NY 10606, counsel for plaintiffs.

Timothy R. Thornton, Esq. and Briggs & Morgan, 2400 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402 and John J. Gallagher, Esq. and Paul, Hastings, Janofsky & Walker, 1299 Pennsylvania Avenue N.W., Washington, D.C. 20004, counsel for defendant.

On November 20, 2000, on motion of defendant, counterplaintiff and third party defendant Northwest Airlines, Inc., for a temporary restraining order, and upon the stipulation of counsel and findings of the court, this court entered a temporary restraining order enjoining AMFA, its locals, their officers, agents, members and employees, third-party defendants and all persons acting in concert or in participation with them from the following: calling,

NOV 2 2 2000
FILED
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. 
Deputy Clerk's Initials

permitting, instigating, authorizing, encouraging, participating in, approving or continuing any form of interference with Northwest Airline's operations, including but not limited to, any strike, work stoppage, sick out, slow down, work-to-rule campaign, concerted refusal to work overtime or other concerted refusal to perform normal mechanical operations in violation of the Railway Labor Act, 45 U.S.C. § 151, *et seq*.

AMFA was further enjoined to issue notice and take such steps as were necessary and appropriate to carry into effect the substance and intent of the court's order to prevent disruption of Northwest's operations.

Having reviewed the submissions of Northwest, it appears that AMFA is not complying promptly with the court's order of November 20, 2000. Accordingly, **IT IS HEREBY ORDERED** that AMFA shall appear before this court on November 29, 2000, at 1:30 p.m., Courtroom 14 West, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, to show cause why it should not be held in contempt for violating the court's November 20, 2000 order.

Dated: November 22, 2000
4: Pm

David S. Doty, Judge
United States District Court