**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Aircraft Mechanics Fraternal Association, (AMFA) and AMFA Locals, 2, 5, 14, 19, 33, 34, 35, 37 and 38,**

**Plaintiffs, and Counter-Defendants,**

**v.**

**Northwest Airlines, Inc., a Minnesota Corporation, and**

**Jack Bavis, both as an individual and as agent of Northwest Airlines, Inc.**

**Defendants, Counter-Claimants, and Third Party Plaintiff,**

**v.**

**O.V. Delle-Femine, et al.**

**Third Party Defendants.**

**Civil No. 00-2446 (DSD/SRN)**

**ORDER**

---

Nicholas P. Granath on behalf of Plaintiffs.

Timothy R. Thornton on behalf of Defendants.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above captioned matter came before the undersigned United States Magistrate Judge on November 14, 2000, on Defendants' Motion to Expedite Discovery. Defendants assert that despite a preliminary injunction, "the incidence of aircraft being out of service, maintenance cancellations, delays, and impacted passengers remain high and have even increased." (Defs.'

FILED DEC 19 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Mem. in Supp. of Mot. to Expedite Disc., Doc. No. 63, p. 2.) Defendants argue that these actions are due to maintenance work problems, and that the delays impose an undue hardship on Northwest Airlines, compelling an expedited discovery schedule. (Id. at p. 3.) Defendants request that Plaintiffs provide responses to document requests and requests to inspect within seven days of service, and be available for depositions within five days of notice. (Id. at p. 6.) Plaintiffs oppose Defendants' request for expedited discovery arguing that (1) Defendants have not met the burden for expedited discovery, and (2) Plaintiffs would be harmed by expedited discovery. (Pls.' Mem. in Opp'n to Mot. to Expedite Disc., Doc. No. 65, pp. 6, 11.)

Expedited discovery may be warranted if a party can demonstrate that delay would cause undue hardship. Intermedia Partners S.E. Gen. Partnership v. QB Distribs. L.L.C., 999 F.Supp. 1274, 1285 n.7 (D. Minn. 1998); see also Edudata Corp. v. Scientific Computers, Inc., 599 F.Supp. 1084, 1088 (D. Minn. 1984). At the preliminary injunction hearing, Defendants presented evidence that maintenance related delays and cancellations increased dramatically during Thanksgiving week this year as compared to statistics from Thanksgiving week in 1999. (See Exs. 1-4.) Paul Wroble, the Director of Maintenance Operations, testified that such continually high levels of delay and cancellations can create a "snowball effect," which adversely affects Northwest Airlines ability to handle problems during high performance times of the year such as Christmas. (Nov. 29, 2000, Prelim. Inj. Hr'g, T. at p. 69-71.) In addition, Steve MacFarlane, the President of AMFA Local 33, testified that some union members discussed pursuing unlawful job action, despite union management's position that such action was not authorized. (December 4, 2000, Continued Prelim. Inj. Hr'g, T. at pp. 109-112, 172.)

The Court is concerned that delays and cancellations during peak travel periods present

harm to Defendants and to the public. The cause of the delays and cancellations is disputed, and the Court finds that expedited discovery will assist in determining the source of the problem. Therefore, the Court will grant Defendants' motion for expedited discovery. However, the Court is concerned that Defendants' proposed schedule could be unduly burdensome and will, therefore, not adopt that schedule. Instead, the Court has ordered the parties to attend a pretrial scheduling conference on the issue of the timing and content of the expedited discovery to take place on Wednesday, December 20, 2000, at 1:30 p.m. At the conclusion of that conference the Court will issue a Pretrial Scheduling Order defining the parameters of permissible expedited discovery.

**THEREFORE, IT IS HEREBY ORDERED that:**

Defendants' Motion to Expedite Discovery (Doc. No. 62.) is **GRANTED IN PART** and **DENIED IN PART** as set forth in the body of the Order.

Dated: December 19, 2000

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge