UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Aircraft Mechanics Fraternal Association, (AMFA) and AMFA Locals, 2, 5, 14, 19, 33, 34, 35, 37 and 38,

Plaintiffs,

v.

Northwest Airlines, Inc., a Minnesota Corporation, and

Jack Bavis, Both as an individual and as agent of Northwest Airlines, Inc.

Defendants and Third Party Plaintiff,

v.

O.V. Delle-Feme, et al.

Third Party Defendants.

Civil No. 00-2446 (DSD/SRN)

**EXPEDITED DISCOVERY SCHEDULING ORDER**

---

On December 19, 2000, this Court ruled on Defendant's Motion to Expedite Discovery, which was granted in part and denied in part as set forth more fully in the body of the Order. On December 20, 2000, the Court ordered a Pretrial Scheduling Conference to address the issue of the timing and content of the Expedited Discovery. Subsequent to that conference, the Court received additional submissions from the parties regarding the issues raised at the Scheduling Conference. Based on all of the above, the Court sets the following Expedited Discovery Scheduling Order.

FILED DEC 22 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**Written Discovery**

All parties may commence written discovery. Unless otherwise provided in this Order, all written discovery will be subject to Rules 26 and 34 of the Federal Rules of Civil Procedure. In light of the expedited schedule for the taking of certain depositions in this case, the Court, however, will order an expedited schedule for the production of certain documents as follows. With respect to the depositions noticed by the defendant, plaintiffs will be obligated to produce responses (and accompanying production of documents) to Northwest Airline Inc.'s First Request for Production of Documents, as those requests apply to any given deponent, 48 hours before that deponent's deposition is set to begin. With respect to depositions scheduled on Tuesday, January 2, 2001, those responses and documents must be produced by the close of business on Friday, December 29, 2000. With respect to depositions scheduled on Wednesday, January 3, 2001, those responses and documents must be produced by noon on January 2, 2001. With respect to the remaining deposition dates, documents must be produced 48 hours before the depositions are set to begin. With respect to depositions noticed by plaintiffs, defendants will be obligated to produce responses (and accompanying production of documents) to plaintiffs' request for production of documents, as those requests apply to any given deponent, 48 hours before that deponent 's deposition is set to begin.

**Depositions**

In an effort to balance the interest of proceeding with expedited discovery in this case, as well as the negotiation schedule of the National Mediation Board, and the availability of plaintiff's counsel, the expedited deposition schedule will proceed as follows. All depositions will commence at the time stated, at the law offices of Briggs & Morgan, 2400 IDS Center, 80 South 8th Street, Minneapolis, Minnesota 55402, and will be taken before a notary public and will

be recorded by stenographic means. The first week of depositions will be double-tracked.

**Deposition Schedule**

**January 2-5, 2001**

| | 1 | 2 |
|---|---|---|
| **Tuesday January 2, 2001** | | |
| 8:30 a.m. | AMFA | Local 33 |
| 1:30 p.m. | Ron Mitchell | Bill Reis |
| **Wednesday January 3, 2001** | 1 | 2 |
| 8:30 a.m. | Vic Remensky | Local 35 |
| 1:30 p.m. | David Hayes | Bill Bailey |
| **Thursday January 4, 2000** | 1 | 2 |
| 8:30 a.m. | Steve MacFarlane | Dan Harker |
| 1:30 p.m. | | John White |
| **Friday January 5, 2001** | 1 | 2 |
| 8:30 a.m. | Delle-Femine | Terry Harvey |
| 1:30 p.m. | | Bob Moss |

**Deposition Schedule**
**January 15-19, 2001**

| | 1 |
|---|---|
| **Tuesday January 16, 2001** | |
| 8:30 a.m. | John White |
| 1:30 p.m. | Jim Atkinson |

**Wednesday**
**January 17, 2001**

| | |
|---|---|
| 8:30 a.m. | Pat Ross |
| 1:30 p.m. | Ken Sabo |

**Thursday** 1
**January 18, 2001**

| | |
|---|---|
| 8:30 a.m. | Dave Buchanan |
| 1:30 p.m. | Pat Caulkins |

**Friday**
**January 19, 2001**

| | |
|---|---|
| 8:30 a.m. | Gordon Eldridge |
| 1:30 p.m. | Merv Hanson |

Plaintiffs may also proceed with the depositions of the six individuals identified in their submissions by serving on defendant Notices of Depositions which set forth the time, location and place of such depositions.

**<u>Special Master</u>**

At the request of both parties, the Court will appoint a Special Master to supervise this expedited discovery. The specifics of the duties and responsibilities of the Special Master will be set forth in a separate Order.

Dated: December 22, 2000

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge