UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2446(DSD/SRN)

Aircraft Mechanics Fraternal Association ("AMFA"), et al.,

Plaintiffs, Counterdefendants and Third-Party Defendants,

v.

**ORDER**

Northwest Airlines, Inc.,

Defendants, Counterplaintiffs and Third-Party Plaintiffs.

Nicholas P. Granath, Esq., 4204 Ewing Avenue South, Minneapolis, MN 55410 and Lee Seham, Esq. and Seham, Seham, Meltz & Petersen, 11 Martine Avenue, Suite 1450, White Plains, NY 10606, counsel for plaintiffs.

Timothy R. Thornton, Esq. and Briggs & Morgan, 2400 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402 and John J. Gallagher, Esq. and Paul, Hastings, Janofsky & Walker, 1299 Pennsylvania Avenue N.W., Washington, D.C. 20004, counsel for defendant.

Upon plaintiffs' appeals pursuant to Fed. R. Civ. P. 72(a) and Local Rule 7.2(b)(3) of: (1) the magistrate judge's order of December 19, 2000, granting in part defendant's motion for expedited discovery (Doc. No. 62); and (2) the magistrate judge's expedited discovery scheduling order of December 22, 2000, **IT IS**

FILED 12-27-00
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ____
Deputy Clerk's Initials ____

**HEREBY ORDERED** that both orders are stayed pending the expiration of the appeals period pursuant to Local Rule 72.1(b)(2). A subsequent order relating to discovery will be forthcoming.

Dated: December 27, 2000

David S. Doty, Judge
United States District Court