UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

AIRCRAFT MECHANICS FRATERNAL ASSOCIATION ("AMFA"), et al.,

Plaintiffs, Counterdefendants and Third-Party Defendants,

vs

NORTHWEST AIRLINES, INC.,

Defendants, Counterplaintiffs, Third-Party Plaintiffs.

Case No. 00-CV-2446 DSD/SRN

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Plaintiffs/Counterdefendants and Third-Party Defendants to answer or respond to Defendant's Amended Counterclaim and Third Party Verified Complaint for Injunctive and Declaratory Relief and Damages, dated November 20, 2000, is extended to and including January 9, 2001.

Seham, Seham, Meltz & Petersen, LLP

By: [signature]
Lee Seham
11 Martine Avenue, Suite 1450
White Plains, NY 10606-4025
(914) 997-1346

-and-

Briggs and Morgan

By: [signature]
Timothy R. Thornton (109630)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

-and-

FILED 1-3-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Nicholas P. Granath (198729)
4204 Ewing Avenue South
Minneapolis, MN 55410
(612) 927- 9474

Attorneys for Plaintiffs, Counterdefendants, and Third-Party Defendants

Paul, Hastings, Janofsky & Walker, LLP
John J. Gallagher
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 508-9500

Attorneys for Defendants, Counterplaintiffs, and Third-Party Plaintiffs

SO ORDERED:

1/3/01

U.S.D.C.J.