UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| AIRCRAFT MECHANICS FRATERNAL ASSOCIATION, *et al.*,<br><br>Plaintiffs, counter-defendants and third-party defendants<br><br>v.<br><br>NORTHWEST AIRLINES, INC., *et al.*<br><br>Defendants, counter-plaintiffs and third-party plaintiffs. | No.00-cv-2446 (DSD/SRN) |

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**

Third-party plaintiff Northwest Airlines, Inc. and the following third-party defendants:

Keith Anderson

Bill Stacy

Bill Bromenschenkel

Louie Key

Kirsten Mountjoy

1245143.1

FILED 1-17-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Stephen Padel

John Pollom

Eric Weeks

David Bethune

Dan Harker

Ken Sabo

Steve Boyd

Russ Grant

Michael Legler

Curtis Leverson

Dale Packard

Marc Viens

Neal Dwelly

Richard Agbayani

Larry Burton

Philip Carney

Earl Clark

Steve Vallentyne

Steve Fields

by and through their undersigned counsel, hereby stipulate to the dismissal without prejudice of the claims asserted by Northwest Airlines, Inc. in this matter against each third-party defendant named herein, each side to bear its own costs.

Dated: 1/15/01

Timothy R. Thornton (109630)
Scott G. Knudson (141987)
BRIGGS & MORGAN
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

*Attorneys for Northwest Airlines, Inc.*

Dated: January 12, 2001

Lee Seham
Nicholas P. Granath
SEHAM, SEHAM, MELTZ & PETERSON
11 Martine Avenue
Suite 1450
White Plains, NY 10606-4025

*Attorneys for Third Party Defendants*

Pursuant to the agreement of the parties:

SO ORDERED.

United States District Judge

Dated: January 17, 2001.



1245143.1