UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Aircraft Mechanics Fraternal Association, (AMFA) and AMFA Locals, 2, 5, 14, 19, 33, 34, 35, 37 and 38,**

**Plaintiffs,**

**v.**

**Northwest Airlines, Inc., a Minnesota Corporation, and**

**Jack Bavis, Both as an individual and as agent of Northwest Airlines, Inc.**

**Defendants and Third Party Plaintiff,**

**v.**

**O.V. Delle-Feme, et al.**

**Third Party Defendants.**

**Civil No. 00-2446 (DSD/SRN)**

**PRETRIAL SCHEDULING ORDER AND PROTECTIVE ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3. This Order also incorporates any additional protections the Court sees fit in response to Plaintiff's Motion for a Protective Order. If not addressed in this Order, the additional protection sought has been denied.

FILED FEB 0 2 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

**Discovery Plan**

1. **Discovery shall be commenced in time to be completed by April 16, 2001.**

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

   a. By Party with burden of proof on or before March 1, 2001.

   b. Reply on or before March 15, 2001.

3. Full disclosure of expert testimony, required by Rule 26(a)(2)(B) accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   1. By Party with burden of proof on or before March 15, 2001.

   2. Reply on or before April 2, 2001.

4. No more than 50 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party.

5. At the conclusion of the presently scheduled depositions, the parties are ordered to meet and confer to address the need for additional fact depositions. In the event the parties do not agree, they are directed to contact the Court to schedule a hearing to address the issue. Each party shall take no more than 5 expert depositions.

6. The parties agree that all depositions, with the exception of certain depositions scheduled to be taken in Atlanta, Georgia, will proceed in Minneapolis, Minnesota. The presumptive 7 hour rule will apply, unless good cause is shown.

7. The parties mutually agree to serve complete document responses relevant to any given deponent no later than 48 hours before the commencement of that deposition.

8. Northwest Airlines commits not to inquire into bargaining or post-release self-help strategy during discovery.

9. Members of a negotiating delegation of either party who are required to participate in National Mediation Board ("NMB") regulations shall not be the subject of deposition unless and until the NMB releases the parties from mediation.

10. No electronically stored data discovery will occur without a further showing to the Court.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. All motions which seek to amend the pleadings or add parties must be served by February 15, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by May 1, 2001.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served, filed and heard by June 15, 2001. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Connie Baker, 612-664-5063.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial **(COURT)** on August 1, 2001, or upon resolution of any pending dispositive motions. Anticipated length of trial is 10 days.

Dated: February 2, 2001.

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
OFFICE OF THE CLERK
316 N. Robert St., Rm 708
St. Paul, MN 55101

**Clerks Notice In Re: Protective Order**

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing confidential original documents with the Clerk of U. S. District Court. Failure to do so will cause the documents to be returned.

***Guidelines for filing with the Clerk:***

A. Documents are to be sealed (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 (LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 ½ x 11 inch white paper...flat and unfolded. This rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)

B. Each envelope must list the following information, and each document is to be in a separate envelope.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents).
- The word "SEALED" or "CONFIDENTIAL"

***Guidelines for filing with a U. S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U. S. District Judge or U. S. Magistrate Judge are to be marked accordingly and bound together as a set.