IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| AIRCRAFT MECHANICS FRATERNAL ASSOCIATION, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHWEST AIRLINES, INC., *et al.*<br><br>Defendants and Third Party Plaintiffs. | Civil Action No. 00-CV-2446 DSD/SRN<br><br>**ORDER GRANTING DEFENDANTS AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO VACATE THE PRELIMINARY INJUNCTION** |

The above-captioned matter came before the Court on Defendants Northwest Airlines, Inc. and Jack Bavis' (collectively "Northwest") Motion for an Extension of Time to respond to Plaintiffs' Motion to Vacate the Preliminary Inunction. Based upon all the files, proceedings and records herein, the Court, being fully advised in the premises, hereby

**ORDERS:**

1. That Northwest's Motion for an Extension of Time to Respond to Plaintiffs' Motion to Vacate the Preliminary Injunction is hereby granted; and

2. Northwest shall have until March 5, 2001 to respond to Plaintiffs' Motion to Vacate the Preliminary Injunction.

FEB 27 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

BY THE COURT:

The Honorable David S. Doty

Dated this 27th day of February, 2001.