**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

AIRCRAFT MECHANICS FRATERNAL ASSOCIATION, *et al.*,

Plaintiffs,

vs.

NORTHWEST AIRLINES, INC., *et al.*

Defendants and Third Party Plaintiffs.

Civil Action No. 00-CV-2446 DSD/SRN

**ORDER GRANTING DEFENDANTS' MOTION TO FILE OVERLENGTH BRIEF**

The above-captioned matter came before the Court on Defendants Northwest Airlines, Inc. and Jack Bavis' (collectively "Northwest") Motion for Leave to File an Overlength Brief in Further Support of Contempt Sanctions and in Opposition to Plaintiffs' Motion to Vacate the Preliminary Injunction. Based upon all the files, records and proceedings herein, the Court, being fully advised in the premises, hereby

**ORDERS:**

1. That Northwest's Memorandum in Further Support of Contempt Sanctions and in Opposition to Plaintiffs' Motion to Vacate the Preliminary Injunction may be up to 40 pages in length.

BY THE COURT:

The Honorable David S. Doty

Dated this 5TH day of March, 2001.

1263942.1

MAR 05 2001
FILED
JUDGMENT ENT'D
DEPUTY CLERK