UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2446(DSD/SRN)

Aircraft Mechanics Fraternal Association ("AMFA"), et al.,

AMFA Locals 2, 5, 14, 19, 33, 34, 35 37 and 38,

Plaintiffs,

v.

Northwest Airlines, Inc., a Minnesota corporation, et al.,

Defendants and Third-Party Plaintiffs.

**ORDER GRANTING PLAINTIFFS' MOTION TO FILE OVERLENGTH BRIEF AND TO EXTEND TIME TO RESPOND**

This matter is before the court on plaintiff AMFA's motions for leave to file an overlength brief and for an extension of time to respond to Northwest Airlines, Inc.'s motion for contempt and to reply to Northwest Airlines, Inc.'s response brief.

Based upon all the files, proceedings and records herein, **IT IS HEREBY ORDERED** that:

1. AMFA's motion for leave to file an overlength brief is granted;

2. AMFA may file a brief not to exceed 45 pages in length;

3. AMFA's motion for an extension of time to respond to Northwest Airlines, Inc.'s motion for contempt and to reply to their response brief is granted; and

FILED 3-13-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

4. AMFA shall have thirty (30) days from the date of this order to respond to defendant Northwest Airlines, Inc.'s motion for contempt and to reply to defendant's memorandum of law opposing plaintiffs' motion to vacate the preliminary injunction.

Dated: March 13, 2001

David S. Doty, Judge
United States District Court