**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Aircraft Mechanics Fraternal Association (AMFA), and AMFA Locals, 2, 5, 14, 19, 33, 34, 35, 37 and 38,**

**Plaintiffs, and Counter-Defendants,**

**v.**

**Northwest Airlines, Inc. (NWA), a Minnesota Corporation, and**

**Jack Bavis, both as an individual and as agent of Northwest Airlines, Inc.**

**Defendants, Counter-Claimants, and Third Party Plaintiff,**

**v.**

**O.V. Delle-Femine, et al.**

**Third Party Defendants.**

**Civil No. 00-2446 (DSD/SRN)**

**ORDER**

---

Nicholas P. Granath, Esq. and Karen Dingle, Esq. on behalf of the Aircraft Mechanics Fraternal Association.

Timothy R. Thornton, Esq. on behalf of Northwest Airlines, Inc.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter was heard by the undersigned United States Magistrate Judge on March 26, 2001, on NWA's Motion for Contempt (Doc. No. 134) and AMFA's Motions to Compel Production of Documents and for Costs (Doc No. 139-1, 139-2) The motions were

FILED MAR 27 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

heard via telephone conference. Mr. Thornton appeared in person and Mr. Granath and Ms. Dingle appeared via telephone.

NWA seeks the production of photographs, including negatives and/or electronically stored originals, of the AMFA mechanics removing their tool boxes from Northwest hangers. AMFA provided NWA with color copies of these photographs, but did not provide any negatives or electronic images. At the hearing, AMFA assured NWA that it has provided NWA with all forms of the photographs that are available. Based on this assurance, NWA has agreed to withdraw its Motion for Contempt. Therefore, NWA's motion is denied as moot.

AMFA seeks NWA's responses to twenty-five discovery requests that it believes are deficient, incomplete, and in some instances not responsive to AMFA's requests. In addition, AMFA requests costs and fees pursuant to Fed. R. Civ. P. 37. At the hearing, AMFA agreed to meet and confer with NWA on these issues. Therefore, AMFA's Motion to Compel Production of Documents and Motion for Costs are denied as moot. If the parties are unable to informally resolve these discovery issues, AMFA may renew this Motion to Compel.

**ACCORDINGLY, IT IS HEREBY ORDERED** that:

1. NWA's Motion for Contempt (Doc. No. 134) is **DENIED AS MOOT**;

2. AMFA's Motions to Compel Production of Documents and for Costs (Doc. Nos. 139-1, 139-2) are **DENIED AS MOOT**.

Dated: March 27, 2001

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge