**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Aircraft Mechanics Fraternal Association, et al.,**

**Plaintiffs, Counterdefendants and third-party defendants,**

**v.**

**Northwest Airlines, Inc., et al.,**

**Defendants, counterplaintiffs and third-party plaintiffs,**

**Civil No. 00-2446 (DSD/SRN)**

**ORDER EXTENDING TIME IN WHICH TO DISCLOSE EXPERT TESTIMONY**

---

The Pretrial Scheduling Order and Proposed Order dated February 2, 2001 is hereby amended as follows:

(1) The date on which full disclosure of expert testimony is extended from March 15 to March 30, 2001;

(2) The date on which replies to expert reports are due is extended from April 2, to April 16, 2001.

Dated: March 26, 2001.

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

FILED MAR 27 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________