**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION**

AIRCRAFT MECHANICS FRATERNAL ASSOCIATION ("AMFA"), *et al.*,

AMFA LOCALS 2, 5, 14, 19, 33, 34, 35, 37, and 38,

Plaintiffs,

vs.

NORTHWEST AIRLINES, INC. a Minnesota Corporation, *et al.*

Defendants and Third Party Plaintiffs.

Case No. 00-CV-2446 DSD/SRN

**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND**

The above-captioned matter came before the Court on plaintiff' AMFA's Motion For An Extension Of Time To Respond To NWA's Motion For Contempt And To Reply To NWA's Response Brief.

Based upon all the files, proceedings and records herein, the Court, being fully advised in the premises, hereby **ORDERS**:

That AMFA shall have until May 4, 2001 to respond to defendant Northwest Airline Inc.'s motion for contempt, and to reply to defendant's memorandum of law opposing plaintiff's motion to vacate the preliminary injunction

Dated this 30 day of March, 2001.

BY THE COURT:

The Honorable David S. Doty

MAR 30 2001
FILED ____
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____