UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

AIRCRAFT MECHANICS FRATERNAL ASSOCIATION, *et al.*

Plaintiffs,
Counterdefendants and
Third-Party Defendants,

v.

NORTHWEST AIRLINES, INC., *et al.*,

Defendants,
Counterplaintiffs and
Third-Party Plaintiffs.

Civil Action No. 00-CV-2446 (DSD/SRN)

**STIPULATION AND ORDER STAYING PROCEEDINGS**

Defendants, Counterclaimants and Third-Party Plaintiffs Northwest Airlines, Inc. and Jack Bavis (together "Northwest") and Plaintiffs, Counterclaim Defendants and Third-Party Defendants (collectively, "AMFA"), through their attorneys, stipulate as follows:

1. All matters and deadlines in the above-captioned action shall be stayed from the date of this stipulation to the conclusion of the ratification vote regarding the tentative agreement reached on April 9, 2001, between Northwest and AMFA;

2. If AMFA's members ratify the April 9 tentative agreement, the parties shall stipulate to the dismissal with prejudice of the above-captioned action, each side to bear its own costs;

1275953.2

FILED 4-12-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. If AMFA's members reject the April 9 tentative agreement, the stay shall end and the litigation shall resume, with all briefing deadlines and any other deadline set forth in the February 2, 2001, scheduling order and the March 30, 2001 order granting plaintiff's motion to extend time to respond extended by 30 days following the date on which AMFA rejects the tentative agreement.

Scott G. Knudson

Timothy R. Thornton (#109630)
Scott G. Knudson (#141987)
Briggs and Morgan
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

***Attorneys for Northwest Airlines, Inc. and Jack Bavis***

Dated: April 11, 2001

Lee Seham
Stanley J. Silverstone
Karen L. Dingle
Seham, Seham, Meltz & Petersen, LLP
11 Martine Avenue, Suite 1450
White Plains, NY 10606-4025
(914) 997-1346

***Attorneys for AMFA***

Dated: April 10/01

Pursuant to the stipulation of the parties: So ordered

**BY THE COURT**

The Honorable David S. Doty

Dated: This 11TH day of April, 2001

1275953.2