UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2446(DSD/SRN)

Aircraft Mechanics Fraternal Association ("AMFA"), et al.,

Plaintiffs, Counterdefendants and Third-Party Defendants,

v.

**ORDER FOR DISMISSAL WITH PREJUDICE**

Northwest Airlines, Inc.,

Defendants, Counterplaintiffs and Third-Party Plaintiffs.

On April 11, 2001, a stipulation by the parties to the dismissal with prejudice of the above-captioned action was approved by the court. A condition of dismissal, AMFA ratification of the April 9, 2001, tentative agreement has occurred. Therefore the court hereby orders that all claims, including AMFA's complaint and first amended complaint and Northwest's counterclaim, amended counterclaim and third party complaint, are dismissed with prejudice, each side to bear its own costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 21, 2001

David S. Doty, Judge
United States District Court

FILED 5-21-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. MAY 21 2001
Deputy Clerk's Initials